IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUNICIPALITY OF MONROEVILLE**, **TOWNSHIP OF EAST BRANDYWINE**, and **TOWNSHIP OF WEST BRADFORD**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**VERIZON PENNSYLVANIA LLC** and **VERIZON COMMUNICATIONS INC.**,<br><br>Defendants. | 2:15cv1100<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 22nd day of September, 2016, upon consideration of the Motion to Dismiss (**Document No. 7**) filed on behalf of Defendants, Verizon Pennsylvania LLC and Verizon Communications, Inc., and Plaintiffs' response thereto, the Court finding the issue of agency to be a fact intensive analysis that cannot be resolved at this stage of the litigation,

IT IS HEREBY ORDERED that the Motion to Dismiss is **DENIED**. Defendants shall respond to the Complaint within twenty-one (21) days of the date of this Order.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc: Edwin J. Kilpela, Esquire
Gary F. Lynch, Esquire
Jamisen A. Etzel, Esquire
Natausha M. Horton, Esquire
Bruce C. Fox, Esquire
Michael F. Eichert, Esquire
Andrew J. Horowitz, Esquire

(*Via CM/ECF Electronic Mail*)