# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUNICIPALITY OF MONROEVILLE**, **TOWNSHIP OF EAST BRANDYWINE**, and **TOWNSHIP OF WEST BRADFORD**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **VERIZON PENNSYLVANIA LLC** and **VERIZON COMMUNICATIONS INC.**, <br><br> Defendants. | 2:15cv1100 <br> **Electronic Filing** |

## STATUS CONFERENCE
### Before Judge David Stewart Cercone

| | |
|---|---|
| Appear for Plaintiff: | Edwin J. Kilpela, Esquire: Jamison Etzel, Esquire |
| Appear for Defendant: | Michael F. Eichert, Esquire |
| Hearing date: | 10/11/18 |
| Hearing begun: | 1:00 p.m. |
| Hearing concluded: | 1:40 p.m. |
| Stenographer: | None |
| Clerk/Deputy Clerk: | Mark W. Mohney |

REMARKS:   The Clerk met with counsel to ascertain appropriate measures for completion of phase 1 discovery.  After discussion counsel outlined specific measures that could be completed in the next three weeks and agreed to work toward completing the same.  A status conference will be set for November 7, 2018, at 4:00 p.m.  An appropriate order will follow.