IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUNICIPALITY OF MONROEVILLE**, **TOWNSHIP OF EAST BRANDYWINE**, and **TOWNSHIP OF WEST BRADFORD**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **VERIZON PENNSYLVANIA LLC** and **VERIZON COMMUNICATIONS INC.**, <br><br> Defendants. | 2:15cv1100 <br> **Electronic Filing** |

## ORDER OF COURT

AND NOW, this 11th day of October, 2018, in accordance with the discussions with counsel at the status conference held on this date, IT IS ORDERED that a Status Conference with counsel is set for **Wednesday, November 7, 2018, at 4:00 p.m.** in Courtroom No. 7A, Seventh Floor, Joseph F. Weis, Jr., Federal Courthouse, 700 Grant Street, Pittsburgh, PA 15219. Out-of-town counsel may participate by telephone.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Edwin J. Kilpela, Esquire
Gary F. Lynch, Esquire
Jamisen A. Etzel, Esquire
Natausha M. Horton, Esquire
Michael F. Eichert, Esquire
Bruce C. Fox, Esquire
Andrew J. Horowitz, Esquire

(*Via CM/ECF Electronic Mail*)