# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUNICIPALITY OF MONROEVILLE**, **TOWNSHIP OF EAST BRANDYWINE**, and **TOWNSHIP OF WEST BRADFORD**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **VERIZON PENNSYLVANIA LLC** and **VERIZON COMMUNICATIONS INC.**, <br><br> Defendants. | 2:15cv1100 <br> **Electronic Filing** |

## STATUS CONFERENCE
### Before Judge David Stewart Cercone

| | |
|---|---|
| Appear for Plaintiff: | Edwin J. Kilpela, Esquire |
| Appear for Defendant: | Michael F. Eichert, Esquire |
| Hearing date: | 11/7/18 |
| Hearing begun: | 4:00 p.m. |
| Hearing concluded: | 4:40 p.m. |
| Stenographer: | None |
| Clerk/Deputy Clerk: | Mark W. Mohney |

REMARKS:   The Clerk met with counsel to ascertain the status of the parties' efforts to complete phase 1 discovery.  After discussion counsel outlined additional specific measures that could be completed in the next three months and agreed to work toward completing the same.  Defense counsel agreed to produce the remittance statements within the next few days and reduce his recent email addressing the scope of the ordered Rule 30(b)(6) depositions and to forward the same for plaintiffs' counsel's response on or before 11/30/18; plaintiffs' counsel to respond by 12/7/18; counsel to work on finalizing the scope of and witnesses needed for the Rule 30(b)(6) witnesses directly thereafter; defense counsel to inquire into the email search pertaining to the emails generated from/related to the overlay, including the need to do it and the planning and execution of it - on or before 11/30/18; counsel to explore and agree on a search protocol and conduct the search directly thereafter; counsel to schedule the Rule 30(b)(6) depositions by 1/11/19 and to complete them on or before 2/15/19.  A status conference will be set for December 20, 2018, at 4:00 p.m.  An appropriate order will follow.