IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUNICIPALITY OF MONROEVILLE**, **TOWNSHIP OF EAST BRANDYWINE**, and **TOWNSHIP OF WEST BRADFORD**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **VERIZON PENNSYLVANIA LLC** and **VERIZON COMMUNICATIONS INC.**, <br><br> Defendants. | 2:15cv1100 <br> **Electronic Filing** |

## ORDER OF COURT

AND NOW, this 8th day of November, 2018, in accordance with the discussions with counsel at the status conference held on 11/7/18, IT IS ORDERED that a Status Conference with counsel is set for **Thursday, December 20, 2018, at 3:45 p.m.** in Courtroom No. 7A, Seventh Floor, Joseph F. Weis, Jr., Federal Courthouse, 700 Grant Street, Pittsburgh, PA 15219. Out-of-town counsel may participate by telephone.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:  Edwin J. Kilpela, Esquire
     Gary F. Lynch, Esquire
     Jamisen A. Etzel, Esquire
     Natausha M. Horton, Esquire
     Michael F. Eichert, Esquire
     Bruce C. Fox, Esquire
     Andrew J. Horowitz, Esquire

     (*Via CM/ECF Electronic Mail*)