# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUNICIPALITY OF MONROEVILLE**, **TOWNSHIP OF EAST BRANDYWINE**, and **TOWNSHIP OF WEST BRADFORD**, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **VERIZON PENNSYLVANIA LLC** and **VERIZON COMMUNICATIONS INC.**, <br><br> Defendants. | 2:15cv1100 <br> **Electronic Filing** |

## STATUS CONFERENCE
### Before Judge David Stewart Cercone

Appear for Plaintiff:     Jamison Etzel, Esquire
Appear for Defendant:  Michael F. Eichert, Esquire
Hearing date:              12/20/18
Hearing begun:            11:00 a.m.
Hearing concluded:      11:40 a.m.
Stenographer:              None
Clerk/Deputy Clerk:     Mark W. Mohney

REMARKS:   The Clerk met with counsel to ascertain the status of the parties' efforts to complete phase 1 discovery.   After discussion counsel outlined additional specific measures that could be completed in the next two months and agreed to work toward completing the same.   Plaintiffs' counsel agreed to relay their response to the recently produced outline of the scope of the Rule 30(b)(6) depositions on or before 1/4/19; counsel to work on finalizing the scope of and witnesses needed for the Rule 30(b)(6) witnesses directly thereafter; plaintiffs' counsel to review the scope and search terms of defense counsel's inquire into the document search pertaining to the emails and information generated from/related to the overlay, including the need to do it and the planning and execution of it - on or before 1/4/19; defense counsel to follow-up on any additional inquiry/confirmation needed and then finalize review of the generated documents for production on or before 2/1/19; counsel to schedule the Rule 30(b)(6) depositions by 2/15/19 and to complete them on or before 3/15/19.   A status conference will be set for February 7, 2019, at 4:00 p.m.   An appropriate order will follow.